WESTERN UNION TELEGRAPH CO. *v.* J. J. DODSON.

[54 South. 844.]

TELEGRAPH.  *Failure to deliver message.  Damages.*

A recovery of $1,500.00 for failure to deliver a telegram announcing illness of addressee's brother of whose death addressee was advised by letter is excessive to the extent of five hundred dollars.

APPEAL from the circuit court of Lawrence county.

HON. A. E. WEATHERSBY, Judge.

Suit by J. J. Dodson against the Western Union Telegraph Company. Judgment for plaintiff for fifteen hundred dollars and defendant appeals.

This is an appeal from a judgment for fifteen hundred dollars damages for the failure of the appellant to deliver to appellee a telegram announcing the serious illness of his brother. The telegram was delayed two weeks in delivery, and was only delivered when called for by appellee, who had been advised by letter of the death of his brother.

*Harris & Potter,* for appellant.

*R. N. Miller,* for appellee.

Argued orally by *W. H. Potter,* for appellant and *R. N. Miller,* for appellee.

ANDERSON, J., delivered the opinion of the court.

We find no merit in any of the assignments of error in this case, except that the verdict of the jury is excessive. Taking every fact as established which the appellee's testimony tended to prove, in our judgment the verdict of the jury is so excessive as to evince on their part passion or prejudice.

For this reason, unless the appellee shall enter here a remittitur of five hundred dollars, the case is reversed and remanded. If such a remittitur is entered, it is affirmed.